NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Vincent Holmes,
  Plaintiff
-vs-

THE ILLINOIS DEPARTMENT OF CORRECTIONS DIRECTOR; THE NORTHERN RECEPTION AND CLASSIFICATION CENTER AND OR STATEVILLE CORRECTIONAL CENTER WARDEN RANDY PFISTER; THE NRC'S LAW LIBRARIAN-OFFICER "MS. JENKINS"; THE NRC'S NOTARY PUBLIC "MS BERNEITA BARNES"; THE NRC'S COUNSELOR OF "J" COOLERY "MR. OR MS. WILLIAMS"; THE NRC'S COUNSELOR OF "N" COOLERY "MR. MORGAN HUDSON"; IN THERE INDIVIDUAL AND OR OFFICIAL CAPACITY.
    Defendants.

1:16-cv-9475
Judge Charles R. Norgle, Sr.
Magistrate Judge Young B. Kim
PC1

RECEIVED
OCT 03 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

THIS COMPLAINT IS UNDER THE CIVIL RIGHTS ACT. TITLE 42 section 1983 U.S. CODE (STATE, COUNTY, OR MUNICIPAL DEFENDANTS).

1) PLAINTIFF(S):
  NAME: VINCENT HOLMES
  List all aliases: ANTOAID Hall
  PRISONER IDENTIFICATION number: B-59852
  Place of PRESENT confinement: Northern RECEPTION AND Classification Center AND OR STATEVILLE CORRECTIONAL CENTER
  ADDRESS: P.O. BOX 112; Joliet Illinois 60434

2) Defendant(s):
  NAME: JOHN/JANE DOE
  TITLE: THE ILLINOIS DEPARTMENT OF CORRECTIONS DIRECTOR
  PLACE of EMPLOYMENT: SPRINGFIELD ILLINOIS

Defendant(s):
  NAME: RANDY PFISTER
  TITLE: WARDEN OF NORTHERN RECEPTION AND Classification CENTER AND OR STATEVILLE CORRECTIONAL CENTER.
  Place of EMPLOYMENT: NORTHERN RECEPTION AND Classification CENTER facility AND OR STATEVILLE CORRECTIONAL CENTER facility.

(1 of 6)

| Date | Number | Type | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7/23/2015 | 119064698 | PAYROLL | PR35 07.18.15 DIV2 7.3 CENT KIT | 12.00 | 58.51 | 0.00 | 0.00 | 0.00 | 58.51 |
| 7/21/2015 | 119053960 | EPR | OID:102041493-ComisaryPurch-Reg | -17.25 | 46.51 | 0.00 | 0.00 | 0.00 | 46.51 |
| 7/16/2015 | 119039366 | PAYROLL | PR34 07.11.15 DIV2 7.3 CENT KIT | 14.00 | 63.76 | 0.00 | 0.00 | 0.00 | 63.76 |
| 7/13/2015 | 119018662 | ERF | OID:102030704-ComisaryRefund-Reg | 1.96 | 49.76 | 0.00 | 0.00 | 0.00 | 49.76 |
| 7/09/2015 | 119011801 | PAYROLL | PR33 07.04.15 DIV2 7.3 CENT KIT | 14.00 | 47.80 | 0.00 | 0.00 | 0.00 | 47.80 |
| 7/07/2015 | 119000383 | EPR | OID:102030704-ComisaryPurch-Reg | -23.43 | 33.80 | 0.00 | 0.00 | 0.00 | 33.80 |
| 7/06/2015 | 118991414 | PAYROLL | PR32 06.27.15 DIV2 7.3 CENT KIT | 14.00 | 57.23 | 0.00 | 0.00 | 0.00 | 57.23 |
| 6/24/2015 | 118960942 | PAYROLL | PR31 06.20.15 DIV2 7.3 CENT KIT | 12.00 | 43.23 | 0.00 | 0.00 | 0.00 | 43.23 |
| 6/23/2015 | 118953110 | EPR | OID:102021757-ComisaryPurch-Reg | -16.52 | 31.23 | 0.00 | 0.00 | 0.00 | 31.23 |
| 6/19/2015 | 118941087 | ERF | OID:102005367-ComisaryRefund-Reg | 3.49 | 47.75 | 0.00 | 0.00 | 0.00 | 47.75 |
| 6/17/2015 | 118937785 | PAYROLL | PR30 06.13.15 DIV2 7.3 CENT KIT | 14.00 | 44.26 | 0.00 | 0.00 | 0.00 | 44.26 |
| 6/12/2015 | 118914446 | PAYROLL | PR29 06.06.15 DIV2 7.3 CENT KIT | 10.00 | 30.26 | 0.00 | 0.00 | 0.00 | 30.26 |
| 6/08/2015 | 118893395 | ERF | OID:102005367-ComisaryRefund-Reg | 6.12 | 20.26 | 0.00 | 0.00 | 0.00 | 20.26 |
| 6/05/2015 | 118886846 | PAYROLL | PR28 05.30.15 DIV2 7.3 CENT KIT | 14.00 | 14.14 | 0.00 | 0.00 | 0.00 | 14.14 |
| 6/02/2015 | 118870892 | EPR | OID:102005367-ComisaryPurch-Reg | -69.21 | 0.14 | 0.00 | 0.00 | 0.00 | 0.14 |
| 5/29/2015 | 118856346 | PAYROLL | PR27 05.23.15 DIV2 7.3 CENT KIT | 10.00 | 69.35 | 0.00 | 0.00 | 0.00 | 69.35 |
| 5/22/2015 | 118839689 | PAYROLL | PR26 05.16.15 DIV2 7.3 CENT KIT | 10.00 | 59.35 | 0.00 | 0.00 | 0.00 | 59.35 |

Defendant(s):
Name: Officer Ms. Jenkins
Title: Illinois Department of Corrections Officer; NRC's Law Library Supervisor; NRC's Inmate Barbershop Supervisor; NRC's General Library Supervisor.
Place of Employment: Northern Reception and Classification Center facility and or Stateville Correctional Center facility.

Defendant(s):
Name: Ms. Bernbita Barnes
Title: The Northern Reception and Classification Center Supervising Counselor and NRC's Natary Public Officer.
Place of Employment: Northern Reception and Classification Center facility and or Stateville Correctional Center facility.

Defendant(s):
Name: Mr. Morgann Hudson
Title: Northern Reception and Classification Center and or Stateville Correctional Center, Supervisor Counselor".
Place of Employment: Northern Reception and Classification Center facility and or Stateville Correctional Center facility.

Defendant(s):
Name: Ms. ▮▮▮▮▮▮▮▮ or Mr. Williams
Title: The Northern Reception and Classification Center ▮▮▮ and or Stateville Correctional Center " Supervisor Counselor ".
Place of Employment: At The Northern Reception and Classification Center and or Stateville Correctional Center facility.

2) List all Lawsuits you, if any have filed in any state or federal court in the United States:

(A) Name of case and docket number: Complaint under The Civil Rights Act. Title 42 Section 1983 U.S. Code; # 16-CV-8709

(B) Approximate date of filing Lawsuit: Sept. 06. 2016

**Resident Funds Inquiry**
Current User Name: PROGSERV Logout

ResId: 20150327292     Submit

Resident Id: **20150327292**
Resident Name: **HOLMES , VINCENT**
Date of Birth: **1969-04-29**
Location: **D2D4 -NL -29**

**Account Activity:**                                                              Prior History

| Date | Transaction Type | Transaction Description | Amount | Balance | Due | Total |
|---|---|---|---|---|---|---|
| 6/23/2015 | EPR | OID:102021757-ComisaryPurch-Reg | -16.52 | 31.23 | 0.00 | 31.23 |
| 6/19/2015 | ERF | OID:102005367-ComisaryRefund-Reg | 3.49 | 47.75 | 0.00 | 47.75 |
| 6/17/2015 | PAYROLL | PR30 06.13.15 DIV2 7.3 CENT KIT | 14.00 | 44.26 | 0.00 | 44.26 |
| 6/12/2015 | PAYROLL | PR29 06.06.15 DIV2 7.3 CENT KIT | 10.00 | 30.26 | 0.00 | 30.26 |
| 6/08/2015 | ERF | OID:102005367-ComisaryRefund-Reg | 6.12 | 20.26 | 0.00 | 20.26 |
| 6/05/2015 | PAYROLL | PR28 05.30.15 DIV2 7.3 CENT KIT | 14.00 | 14.14 | 0.00 | 14.14 |
| 6/02/2015 | EPR | OID:102005367-ComisaryPurch-Reg | -69.21 | 0.14 | 0.00 | 0.14 |
| 5/29/2015 | PAYROLL | PR27 05.23.15 DIV2 7.3 CENT KIT | 10.00 | 69.35 | 0.00 | 69.35 |
| 5/22/2015 | PAYROLL | PR26 05.16.15 DIV2 7.3 CENT KIT | 10.00 | 59.35 | 0.00 | 59.35 |
| 5/15/2015 | PAYROLL | PR25 05.09.15 DIV2 7.3 CENT KIT | 14.00 | 49.35 | 0.00 | 49.35 |
| 5/08/2015 | PAYROLL | PR24 05.02.15 DIV2 7.3 CENT KIT | 14.00 | 35.35 | 0.00 | 35.35 |
| 4/30/2015 | PAYROLL | PR23 04.25.15 DIV2 7.3 CENT KIT | 12.00 | 21.35 | 0.00 | 21.35 |

(C) List all Plaintiffs, Including Any Aliases: Vincent Holmes - Alias Antonio Hall.

(D) List all Defendants:
 (1) City of Chicago Cook County Jail Warden (John/Jane Doe)
 (2) Cook County Jail Superintendant, Mr. Martinez.
 (3) And The Cook County Jail Trust Fund Office Supervisor (John/Jane Doe), In there Individual and Official Capacity.

(E) Court in which the Lawsuit was filed: In The United States District Court; Northern District Of Illinois; 219 South Dearborn Street; Chicago Illinois 60604; "Cook Count".

(F) Name of Judge to whom case was Assigned: Judge Charles R. Norgle -, Magistrate Judge Young B. Kim   PC1.

(G) Basic claim made: Plaintiff was a detainee, In the Chicago Cook County Jail. Plaintiff Agreed to work for the Facility for Pay. The Plaintiff worked Many Month's and was told he would be Paid and Never was.

(H) Disposition of this case: It is still Pending.

(I) Approximate Date of Disposition: Plaintiff can't Say.

(3)(B) List all lawsuits you, If any have filed in any State or Federal Court In the United States.

(A) Name of case and Docket Number: Complaint Under the Civil Rights Act. Title 42 Section 1983 U.S. Code. #16-CV-8708

(B) Approximate date of filing Lawsuit: Sept. 06, 2016

(C) List all Plaintiffs, Including any Aliases: Vincent Holmes - Alias, Antonio Hall.

(D) List all Defendant(s):
 (1) The State of Illinois Sexual Registration Agency Director (John/Jane Doe)
 (2) The city of Chicago Police Department Superintendant (John/Jane Doe)
 (3) And The Chicago Cook County Jail Warden (John/Jane Doe), In these Official and Individual Capacity.

(E) Court In which the Lawsuit was filed: In the United States District Court; Northern District of Illinois; 219 South Dearborn Street; Chicago Illinois 60604, "Cook County".

**Resident Funds Inquiry**
Current User Name: PROGSERV Logout

ResId: 20150327292    [Submit]

Resident Id: **20150327292**
Resident Name: **HOLMES , VINCENT**
Date of Birth: **1969-04-29**
Location: **D2D4 -NL -29**

Account Activity:                                   Prior History

| Date | Transaction Type | Transaction Description | Amount | Balance | Due | Total |
|---|---|---|---|---|---|---|
| 9/17/2015 | PAYROLL | PR43 09.12.15 DIV2 7.3 CENT KIT | 10.00 | 35.09 | 0.00 | 35.09 |
| 9/16/2015 | ERF | OID:102046801-ComisaryRefund-Reg | 1.96 | 25.09 | 0.00 | 25.09 |
| 9/15/2015 | EPR | OID:102084264-ComisaryPurch-Reg | -26.96 | 23.13 | 0.00 | 23.13 |
| 9/10/2015 | PAYROLL | PR42 09.05.15 DIV2 7.3 CENT KIT | 14.00 | 50.09 | 0.00 | 50.09 |
| 9/08/2015 | EPR | OID:102079502-ComisaryPurch-Reg | -12.30 | 36.09 | 0.00 | 36.09 |
| 9/03/2015 | PAYROLL | PR41 08.29.15 DIV2 7.3 CENT KIT | 14.00 | 48.39 | 0.00 | 48.39 |
| 9/01/2015 | EPR | OID:102074706-ComisaryPurch-Reg | -10.99 | 34.39 | 0.00 | 34.39 |
| 8/31/2015 | ERF | OID:102069177-ComisaryRefund-Reg | 1.42 | 45.38 | 0.00 | 45.38 |
| 8/27/2015 | PAYROLL | PR40 08.22.15 DIV2 7.3 CENT KIT | 12.00 | 43.96 | 0.00 | 43.96 |
| 8/25/2015 | EPR | OID:102069177-ComisaryPurch-Reg | -10.49 | 31.96 | 0.00 | 31.96 |
| 8/20/2015 | PAYROLL | PR39 08.15.15 DIV2 7.3 CENT KIT | 12.00 | 42.45 | 0.00 | 42.45 |
| 8/19/2015 | ERF | OID:102058493-ComisaryRefund-Reg | 10.00 | 30.45 | 0.00 | 30.45 |

http://69.211.55.241/KCNQueryWebReporting/AccountDetails.aspx                               9/18/2015

(F) NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: JUDGE JORGE L. ALONSO; MAGISTRATE JUDGE, MICHAEL T. MASON PC9.

(G) BASIC OF CLAIM MADE: THE PLAINTIFF WAS ARRESTED, CHARGED AND CONVICTED WRONGFUL AND MALICIOUSLY, BY THE DEFENDANTS MENTION ABOVE. AND THE PLAINTIFF WAS FOUND NOT GUILTY OF THE CHARGES, IN A COURT OF LAW.

(H) DISPOSITION OF THIS CASE: CASE IS STILL PENDING.

(I) APPROXIMATE DATE OF DISPOSITION: PLAINTIFF CAN'T SAY.

(II) STATEMENT OF CLAIM:

* THE PLAINTIFF ENTERED, the NORTHERN RECEPTION AND CLASSIFICATION CENTER ON 7-28-16. WHERE THE ILLINOIS DEPARTMENT OF CORRECTION. DIRECTOR FAIL TO PROVIDE the PLAINTIFF with AN FULLY EQUIPPED - ADQUATLY STOCKE INMATE ACCESSIBLE LAW LIBRARY AND ADQUATE IN-HOUSE INSTITUTIONAL MAIL SYSTEM.

* THE "N" AND "J" COOLLERY COUNSELOR'S MS. WILLIAMS AND MR. HUDSON REFUSED TO PROVIDE REQUEST SLIPS AND GRIEVANCE SLIP TO INMATES ON THERE COOLLERY. BECAUSE THEY WOULD SAY. THEY (THE facility) DOESN'T HAVE AN EXTRA PAPER TO COPE SOME MORE AND THE COPY MACHINE IS BROKEN.

* ONCE THE COUNSELORS TOLD THE PLAINTIFF, ONCE HE RETURN BACK TO HIS COOLLERY ASK THE COOLLERY OFFICER FOR SOME REQUEST SLIP AND GRIEVANCE SLIPS. THE OFFICER TOLD THE PLAINTIFF TO GET THEM FROM THE LAW LIBRARY SUPERVISOR OR COUNSELOR. GIVING THE PLAINTIFF THE RUN AROUND.

* THE PLAINTIFF HAD GOTTEN SOME WRITING MATERIAL (PAPER AND PENCIL) FROM HE'S CELL MATE AND STARTED WRITING THE COUNSELOR'S (MS. WILLIAMS AND MR. HUDSON); THE LAW LIBRARY SUPERVISOR MS. OFFICER JENKINS; AND THE WARDEN Randy Pfister, AT LEAST 3 TIME A WEEK FOR 30 day's. ASKING FOR ACCESS TO THE LAW LIBRARY; ASKING FOR LEGAL HELP; ASKING FOR LEGAL AND WRITING MATERIAL FOR MY APPEAL PETITION; MY MOTION TO WITHDRAW MY GUILTY PLEA; MY MOTION FOR REDUCTION OF SENTENCE, AND FOR MY WRIT OF Habeas CORPUS PETITION. PLAINTIFF GOT NO RESPONSE FROM EITHER STAFF MEMBER MENTION.

* ON 9·10·16. APPROXIMATE 39 DAYS AFTER the PLAINTIFF HAD ENTERED THIS NORTHERN RECEPTION AND CLASSIFICATION CENTER FACILITY. I, THE PLAINTIFF WAS FINALLY ALLOWED, THE VERY FIRST TIME, TO GO SOME EMPTY SMALL ROOMS, WITH 5 TABLES. THAT SEATED 10 INMATES AT ANYTIME. LABELED THE LAW LIBRARY, THE OFFICER'S LOCKER/STORAGE ROOM, THE INMATE BARBER SHOP AND THE GENERAL LIBRARY AREA. TO GET A FEW LEGAL DOCUMENTS NOTARIZED.

(4 of 8)

# Resident Funds Inquiry

Print Page Content
Reset Password
Logout

Resident ID: 20150327292    Submit

Resident ID: **20150327292**
Resident Name: **HOLMES , VINCENT**
Date of Birth: **1969-04-29**
Location: **- D2D4 - NL - 29**

**Account Activity:**                                                                 Prior History

| Date | Transaction | Type | Description | Amount | Balance | Due | Held | Encumbered | Total |
|---|---|---|---|---|---|---|---|---|---|
| 11/05/2015 | 119465545 | PAYROLL | PR50 10.31.15 DIV2 7.3 CENT KIT | 10.00 | 69.72 | 0.00 | 0.00 | 0.00 | 69.72 |
| 11/03/2015 | 119455773 | EPR | OID:102123566-ComisaryPurch-Reg | -18.18 | 59.72 | 0.00 | 0.00 | 0.00 | 59.72 |
| 10/28/2015 | 119437155 | PAYROLL | PR49 10.24.15 DIV2 7.3 CENT KIT | 14.00 | 77.90 | 0.00 | 0.00 | 0.00 | 77.90 |
| 10/27/2015 | 119429447 | EPR | OID:102117812-ComisaryPurch-Reg | -27.76 | 63.90 | 0.00 | 0.00 | 0.00 | 63.90 |
| 10/22/2015 | 119413597 | PAYROLL | PR48 10.17.15 DIV2 7.3 CENT KIT | 10.00 | 91.66 | 0.00 | 0.00 | 0.00 | 91.66 |
| 10/15/2015 | 119387920 | PAYROLL | PR47 10.10.15 DIV2 7.3 CENT KIT | 14.00 | 81.66 | 0.00 | 0.00 | 0.00 | 81.66 |
| 10/09/2015 | 119364521 | PAYROLL | PR46 10.03.15 DIV2 7.3 CENT KIT | 14.00 | 67.66 | 0.00 | 0.00 | 0.00 | 67.66 |
| 10/01/2015 | 119332603 | PAYROLL | PR45 09.26.15 DIV2 7.3 CENT KIT | 14.00 | 53.66 | 0.00 | 0.00 | 0.00 | 53.66 |
| 9/24/2015 | 119303985 | PAYROLL | PR44 09.19.15 DIV2 7.3 CENT KIT | 14.00 | 39.66 | 0.00 | 0.00 | 0.00 | 39.66 |
| 9/22/2015 | 119293232 | EPR | OID:102089839-ComisaryPurch-Reg | -9.43 | 25.66 | 0.00 | 0.00 | 0.00 | 25.66 |
| 9/17/2015 | 119275906 | PAYROLL | PR43 09.12.15 DIV2 7.3 CENT KIT | 10.00 | 35.09 | 0.00 | 0.00 | 0.00 | 35.09 |
| 9/16/2015 | 119274290 | ERF | | 1.96 | 25.09 | 0.00 | 0.00 | 0.00 | 25.09 |

* Upon, the Plaintiff entering this room (Law Library). The Plaintiff met the Law Library Supervisor Officer Ms. Jenkins and the NRC's Notary Public Ms. Bereita Barnes. And the Plaintiff mention to them, how long he has been in NRC and that he has been sending them request slip. Requesting access to the Law Library for legal help, legal materials, someone to Notarizes my legal documents. So I could file a few petitions and motions.

* They (the Notary Public and Law Library Supervisor), told the Plaintiff that here at Northern Reception and Classification Center. It takes 3 to 4 weeks before they get there Request slips, concerning the Law Library and Legal assistance. And when they do get them. Inmate pending cases have priority over Parole violators. So it takes Parole violators "such as the Plaintiff," even that much longer to get to the Law Library and help. And they said, if you, the Plaintiff, needs all this legal help and material etc. to write and request some help from the courts.

* Next, the Plaintiff asked them. Could he get some request slips and grievance slips. They told the Plaintiff "NO". Because the state of Ill. (this facility), is broke. And there is no extra paper to make copies with and the Law Library copy machine is broken too. →← →←

* On approximate 9-1-16 the Plaintiff mail a writ of Mandamus ▬▬▬▬▬▬▬▬▬▬▬▬ Petition to be filed on 9-15-16 with the Will County Circuit Court. Compelling the parties mention above to provide, request slips, grievances slips, a better in-house mailing system. So inmates can address their problems and complaints on the institutional level, and to provide an fully equipped - adquatly stoked inmate accessible Law Library. So inmates can have access to the courts, such as the Plaintiff.

* The reason explained above by Plaintiff, is the actions of the defendants. Which caused the Plaintiff. No access to the courts. Causing the Plaintiff not to able to file his Appeal Petition; his writ of Habeas Corpus Petition; his motion to withdraw the Plaintiff guilty plea and his motion for a reduction of sentence in the 30 days after the final judgement in the Plaintiff case as required by law.

  Understand, where the two arrows pointing at each other this paragraph suppose to have went there. →← →← Next, the Plaintiff asked the defendants. For pre-empty copy form of an Appeal Petition; motion to withdraw my guilty plea; motion for reduction of sentence and a writ of Habeas Corpus Petition. The Law Library Supervisor, Ms. Officer Jenkins, told the Plaintiff, that she has the forms / and motions / and petitions, but she the Law Library. Did not have an extra copies to give me. Because there is no copying paper and the copy machine is broken.

(5 of 6)

| Date | Number | Type | Description | Amount1 | Amount2 | | | | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6/02/2015 | 118870892 | EPR | OID:102005367-ComisaryPurch-Reg | -69.21 | 0.14 | 0.00 | 0.00 | 0.00 | 0.14 |
| 5/29/2015 | 118856346 | PAYROLL | PR27 05.23.15 DIV2 7.3 CENT KIT | 10.00 | 69.35 | 0.00 | 0.00 | 0.00 | 69.35 |
| 5/22/2015 | 118839689 | PAYROLL | PR26 05.16.15 DIV2 7.3 CENT KIT | 10.00 | 59.35 | 0.00 | 0.00 | 0.00 | 59.35 |
| 5/15/2015 | 118804275 | PAYROLL | PR25 05.09.15 DIV2 7.3 CENT KIT | 14.00 | 49.35 | 0.00 | 0.00 | 0.00 | 49.35 |
| 5/08/2015 | 118778051 | PAYROLL | PR24 05.02.15 DIV2 7.3 CENT KIT | 14.00 | 35.35 | 0.00 | 0.00 | 0.00 | 35.35 |
| 4/30/2015 | 118746641 | PAYROLL | PR23 04.25.15 DIV2 7.3 CENT KIT | 12.00 | 21.35 | 0.00 | 0.00 | 0.00 | 21.35 |
| 4/28/2015 | 118734980 | EPR | OID:101980558-ComisaryPurch-Reg | -20.65 | 9.35 | 0.00 | 0.00 | 0.00 | 9.35 |
| 4/27/2015 | 118725670 | PAYROLL | PR22 04.18.15 DIV2 7.3 CENT KIT | 10.00 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 |
| 4/16/2015 | 118689164 | PAYROLL | PR21 04.11.15 DIV2 7.3 CENT KIT | 14.00 | 20.00 | 0.00 | 0.00 | 0.00 | 20.00 |
| 4/13/2015 | 118667135 | PAYROLL | PR20 04.04.15 DIV2 7.3 CENT KIT | 6.00 | 6.00 | 0.00 | 0.00 | 0.00 | 6.00 |
| 3/27/2015 | 118605889 | BOOKED | ON THE NEW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

(5) Relief:

1) For the defendants to pay to this court, the filing fees and court cost for the plaintiff filing this petition.

2) Provide for the plaintiff and all inmates a fully equipped - adquatly stocked inmate accessible law library.

3) Send/provide and or allow, while the plaintiff is in the defendants custody. 7 hours atleast a week to a adquate accessible law library.

4) To order, the defendants to supple request slips and grievance slips, writing material and a better in-side NRC mail system and required visits from counselor, to the gallery's. Like 3 times a week. So inmates can address problem and complaints

5) Provide for the plaintiff an affidavit form from the defendants (the Illinois Department of Corrections Director and the Northern Reception and Classification Center Warden), admitting that due to no fault of the plaintiff. Actually due to them and there facility failure, not having adquate legal resorces for inmates. The plaintiff wasn't allowed to file his petitions, motions, and writs. etc. in the required 30 days after his sentence. The affidavit will go with the plaintiff's motions for reconsideration motion, petition to the courts.

6) To pay the plaintiff $15,000 dollars for each (per) petition/motion mention above. The plaintiff couldn't file. Cause the defendant's denied the plaintiff access to the courts. filing process, and access to a fully equipped - adquatly stocked inmate accessible law library and legal help.

7) The plaintiff demands that the case be tried by a jury. "Yes"

CERTIFICATION

By signing this complaint, I certify that the facts stated in this complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct. I may be subject to sanction by the court.

SIGNED THIS ___Sept___ DAY OF ___29___, 2016

_____Vincent Holmes_____
SIGNATURE OF PLAINTIFF

__Vincent Holmes_____  __B-59852__
PRINT NAME                I.D. NUMBER

__NRC/Stateville Corr. Ctr.__
__P.O. Box 112__
__Joliet, Ill. 60434__
ADDRESS

(6 of 6)

**Resident Funds Inquiry**
Current User Name:PROGSERV Logout

ResId: 20150327292    Submit

Resident Id: **20150327292**
Resident Name:**HOLMES , VINCENT**
Date of Birth:**1969-04-29**
Location:**D2D4 -NL -29**

**Account Activity:**                                              Prior History

| Date | Transaction Type | Transaction Description | Amount | Balance | Due | Total |
|---|---|---|---|---|---|---|
| 5/29/2015 | PAYROLL | PR27 05.23.15 DIV2 7.3 CENT KIT | 10.00 | 69.35 | 0.00 | 69.35 |
| 5/22/2015 | PAYROLL | PR26 05.16.15 DIV2 7.3 CENT KIT | 10.00 | 59.35 | 0.00 | 59.35 |
| 5/15/2015 | PAYROLL | PR25 05.09.15 DIV2 7.3 CENT KIT | 14.00 | 49.35 | 0.00 | 49.35 |
| 5/08/2015 | PAYROLL | PR24 05.02.15 DIV2 7.3 CENT KIT | 14.00 | 35.35 | 0.00 | 35.35 |
| 4/30/2015 | PAYROLL | PR23 04.25.15 DIV2 7.3 CENT KIT | 12.00 | 21.35 | 0.00 | 21.35 |
| 4/28/2015 | EPR | OID:101980558-ComisaryPurch-Reg | -20.65 | 9.35 | 0.00 | 9.35 |
| 4/27/2015 | PAYROLL | PR22 04.18.15 DIV2 7.3 CENT KIT | 10.00 | 30.00 | 0.00 | 30.00 |
| 4/16/2015 | PAYROLL | PR21 04.11.15 DIV2 7.3 CENT KIT | 14.00 | 20.00 | 0.00 | 20.00 |
| 4/13/2015 | PAYROLL | PR20 04.04.15 DIV2 7.3 CENT KIT | 6.00 | 6.00 | 0.00 | 6.00 |
| 3/27/2015 | BOOKED | ON THE NEW | 0.00 | 0.00 | 0.00 | 0.00 |

NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

VINCENT HOLMES,
  Plaintiff

- VS -

CASE NO. _____

THE ILLINOIS DEPARTMENT OF CORRECTIONS DIRECTOR;
THE NORTHERN RECEPTION AND CLASSIFICATION
CENTER AND OR STATEVILLE CORRECTIONAL CENTER
WARDEN "RANDY PFISTER; NRC LAW LIBRARIAN
OFFICER MS. JENKINS; NRC Notary Public
MS. BERNEITA BARNES; NRC Councelor of
"J" Gallery "MR OR MS WILLIAMS; NRC Counselor
of "N" Coollery "MR. MORGAN HUDSON"; IN THERE
Individual and Official Capacity.
                Defendants

PROOF/CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILL.
219 South DEARBURN STREET
Chicago, ILLINOIS 60604



PLEASE TAKE NOTICE that on ___Sept. 29___, 2016. I PLACED the attached or enclosed Legal Documents In the Institutional mail at Northern Reception and classification center and or Stateville Correctional Center. Properly addressed to the parties listed above for mailing through the United States Postal Service.

DATE: __9.29.16__

Id: __Vincent Holmes__
NAME: __Vincent Holmes__
IDOC#: B-59852
ADDRESS: NRC / Stateville Corr.
Ctr. P.O. Box 112
Joliet, IL 60434

Subscribed and sworn to before me this
_____ day of _____, 20____

_____
Notary Public